UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GALINDO,<br><br>                              Plaintiff,<br><br>v.<br><br>HARRIS REBAR SERVICES CORP.,<br><br>                              Defendant. | Case No.:  20cv1177 JM (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

The parties jointly move to dismiss the case with prejudice.  (Doc. No. 22.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the motion is **GRANTED**.  The case is dismissed *with prejudice*, each party to bear their own attorneys' fees and costs, except as provided in the parties' settlement agreement.  The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: February 26, 2021

JEFFREY T. MILLER
United States District Judge